KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JORGE ESTRADA, <br>     Defendant. | No. CR 06-0375 SI <br> (CR 01-0389 SI <br> CR 00-0306 SI) <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter May 24, 2006 for defendant's arraignment on the indictment before the Honorable Judge Elizabeth D. Laporte. On May 24, 2006, the matter was continued to June 2, 2006 for initial appearance in front of the Honorable Susan Illston.

    2. On June 2, 2006, the parties appeared in front of the Honorable Susan Illston and the matter was continued to June 23, 2006 for status / trial setting.

    3. On June 2, 2006, Assistant Federal Public Defender Elizabeth Falk, who represents the

STIPULATION AND PROPOSED ORDER      1
CR 06-0242 JSW

1  defendant, requested an exclusion of time from June 2, 2006 to June 23, 2006, based on effective
2  preparation of counsel.  The parties moved that this same time period be excluded from the
3  calculation of time under the Speedy Trial Act.
4        3.  In light of the foregoing facts, the failure to grant the requested exclusion would
5  unreasonably deny counsel for the defense the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
7  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
8  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
9  3161(h)(8)(A).
10       4.  For the reasons stated, the time period from June 2, 2006 through June 23, 2006 shall
11 be excluded from the calculation of time under the Speedy Trial Act.

13     IT IS SO STIPULATED.

15 DATED: _____                  Respectfully Submitted,

17                                                          /S/
                                           NAHLA RAJAN
18                                            Special Assistant United States Attorney

20 DATED: _____                                      /S/
21                                            ELIZABETH M. FALK
                                           Counsel for Jorge Estrada

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
25
26 DATED: _____                          _____
                                           HONORABLE SUSAN ILLSTON
27                                            United States District Judge
28

STIPULATION AND PROPOSED ORDER       2
CR 06-0242 JSW