1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  NAHLA RAJAN (CSBN 218838)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6838
7      FAX: (415) 436-7234
       Email: nahla.rajan@usdoj.gov
8
9  Attorneys for Plaintiff
10
11                 UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION
14

| | | |
|---|---|---|
| 15 | UNITED STATES OF AMERICA, ) | No. CR 06-0375 SI |
| 16 | Plaintiff, ) | (CR 01-0389 SI<br>CR 00-0306 SI) |
| 17 | v. ) | [PROPOSED] ORDER AND<br>STIPULATION EXCLUDING TIME |
| 18 | JORGE ESTRADA, ) | FROM THE SPEEDY TRIAL ACT<br>CALCULATION |
| 19 | Defendant. ) | (18 U.S.C. § 3161 (h)(8)(A)) |

21  The parties stipulate and agree, and the Court finds and holds, as follows:

22      1. The parties appeared on the instant matter May 24, 2006 for defendant's arraignment
23  on the indictment before the Honorable Judge Elizabeth D. Laporte. On May 24, 2006, the
24  matter was continued to June 2, 2006 for initial appearance in front of the Honorable Susan
25  Illston. On June 2, 2006, the parties appeared in front of the Honorable Susan Illston and the
26  matter was continued to June 23, 2006 for status / trial setting. On June 23, 2006, the matter was
27  continued to July 6, 2006 for a Supervised Release Violation Hearing on the defendant's 00-0306
28  and 01-0389 cases.

STIPULATION AND PROPOSED ORDER          1
CR 06-0375 SI

2. On July 6, 2006, the parties appeared in front of the Honorable Susan Illston and the matter was continued to August 11, 2006 for status / trial setting.

3. On July 6, 2006, Assistant Federal Public Defender Elizabeth Falk, who represents the defendant, requested an exclusion of time from July 6, 2006 to August 11, 2006, based on continuity and effective preparation of counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

4. For the reasons stated, the time period from July 6, 2006 through August 11, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: July 6, 2006                                Respectfully Submitted,


                                                   /S/
                                                   NAHLA RAJAN
                                                   Special Assistant United States Attorney


DATED: July 10, 2006                               /S/
                                                   ELIZABETH M. FALK
                                                   Counsel for Jorge Estrada


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____                           _____
                                                   HONORABLE SUSAN ILLSTON
                                                   United States District Judge

STIPULATION AND PROPOSED ORDER              2
CR 06-0375 SI