KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0375 SI |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| JORGE ESTRADA, ) | |
|     Defendant. ) | |

With the agreement of the parties, and with the consent of defendant Jorge Estrada, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 1, 2006, to September 29, 2006. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 1, 2006, to September 29, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

|   |   |
|---|---|
| 1 | 3. Accordingly, and with the consent of the defendant, at the hearing on September 1, |
| 2 | 2006, the Court ordered that the period from September 1, 2006, to September 29, 2006, be |
| 3 | excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). |

IT IS SO STIPULATED:

DATED: September 5, 2006  _____/s/_____
ELIZABETH FALK
Attorney for Defendant

DATED: September 1, 2006  _____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____  _____
HONORABLE SUSAN ILLSTON
United States District Judge