```
BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ESTRADA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ESTRADA,<br><br>　　　　Defendant. | ) No. CR 06-0375 SI<br>)<br>)<br>) **STIPULATED MOTION TO**<br>) **EXTEND BRIEFING**<br>) **SCHEDULE AND CONTINUE**<br>) **MOTION HEARING;**<br>) **PROPOSED ORDER**<br>)<br>) Hearing Date: October 26, 2006 at<br>) 2:30 p.m.<br>)<br>) The Honorable Susan Illston |

The parties stipulate to the following:

1. A hearing on Defendant's Motion to Suppress is scheduled in the aforementioned case on October 26, 2006 at 2:30 p.m;

2. Defense counsel has recently received a reprieve on her trial schedule, which was slotted to begin on October 3, 2006, and respectfully requests an additional two weeks to file the Opening Motion;

3. The government has no objection to continuing the motion hearing, or to adjusting the briefing schedule to enable defense counsel to have an additional two weeks to file the Opening Motion ;

4. Mr. Estrada is currently at the Federal Detention Center in Dublin, California,

*United States v.Estrada* - 06-373 SI - Stip to Continue Hearing

serving a 24 month sentence that this Court imposed on a supervised release violation for an earlier case. As Mr. Estrada is currently serving a prison sentence at a federal facility, he will not be prejudiced by a delay in the hearing;

5. As such, counsel jointly requests the following modified briefing schedule and hearing dates before this Court:

**Opening Motion Due:** October 13, 2006;

**Response Due:** October 27, 2006

**Reply Due:** November 3, 2006

**Motion Hearing:** November 17, 2006, at 11:00 a.m. or at a time convenient for the Court

**IT IS SO STIPULATED.**

_____/S/_____
ANDREW P. CAPUTO
Assistant United States Attorney

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**[PROPOSED] ORDER**

For good cause shown, the hearing and briefing schedule for the hearing on Defendant's Motion to Suppress, are hearby CONTINUED as stated in this stipulation. The hearing will be held on November 17, 2006, at 11:00 a.m.

**IT IS SO ORDERED**

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*United States v. Estrada* - 06-373 SI - Stip to Continue Hearing