BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defenders
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ESTRADA

Case 3:06-cr-00375-SI   Document 25   Filed 10/24/2006   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ESTRADA,<br><br>Defendant. | No. CR 06-0375 SI<br><br>**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE MOTION HEARING; PROPOSED ORDER**<br><br>Hearing Date: November 17, 2006 at 2:30 p.m.<br><br>The Honorable Susan Illston |

The parties stipulate to the following:

1. A hearing on Defendant's Motion to Suppress is scheduled in the aforementioned case on November 17, 2006 at 2:30 p.m;

2. On October 11, 2006, defense counsel Elizabeth Falk attempted to meet with Mr. Estrada to obtain a signature on his declaration for the opening motion. Upon arrival at FDC Dublin, Ms. Falk learned that Mr. Estrada had accidentally been transferred to California City Correctional Center in South Bakersfield, California;

3. After further research with the Marshal's Office, it appears that the U.S. Marshal did not know that Mr. Estrada had a pending case. As such, they processed his

|   |   |   |
|---|---|---|
| 1 |   | paperwork with the BOP from the 24 month sentence on Mr. Estrada's supervised release violation hearing, and placed him into BOP custody to begin serving his sentence; |
| 4 | 4. | Mr. Estrada is currently in California City Correctional, which is in South Bakersfield. Given Ms. Falk's trial preparation schedule, it will be very difficult for her to go to Bakersfield to obtain a declaration over the next two weeks; |
| 7 | 5. | Brian Valaderi of the United States Marshal's Service has informed Mr. Caputo that Mr. Estrada's transfer will not take place until October 27, 2006. As such, Ms. Falk will not have ready access to Mr. Estrada until October 27, 2006, at which time he will be transferred to FDC Dublin; |
| 11 | 6. | Given the circumstances of Mr. Estrada's accidental transfer, the government has no objection to continuing the motion hearing, or to adjusting the briefing schedule to enable defense counsel to have an additional two weeks to file the Opening Motion, as she will not have access to Mr. Estrada until October 27; |
| 15 | 7. | Mr. Estrada is currently serving a 24 month sentence that this Court imposed on a supervised release violation for an earlier case. As Mr. Estrada is currently serving a prison sentence, he will not be prejudiced by a delay in the hearing or in the proceedings; |
| 19 | 8. | As such, counsel jointly requests the following modified briefing schedule and hearing dates before this Court: |

**Opening Motion Due:**   November 3, 2006;
**Response Due:**   November 17, 2006
**Reply Due:**   November 27, 2006
**Motion Hearing:**   December 1, 2006, at 11:00 a.m. or at a time convenient for the Court.

IT IS SO STIPULATED.

DATED: October 17, 2006

*/s/ Andrew Caputo*

ANDREW P. CAPUTO
Assistant United States Attorney

*United States v. Estrada* - 06-373 SI - Stip to Continue Hearing

DATED: October 17, 2006

*Elizabeth M. Falk*
ELIZABETH M. FALK
Assistant Federal Public Defender

Case 3:06-cr-00375-SI   Document 25-1   Filed 10/24/2006   Page 3 of 3

**[PROPOSED] ORDER**

For good cause shown, the hearing and briefing schedule for the hearing on Defendant's Motion to Suppress, are hearby CONTINUED as stated in this stipulation. The hearing will be held on 12/1/06 , 2006, at 11:00 a.m.

**IT IS SO ORDERED**

DATED: 10/23/06

*Susan Illston*
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

*United States v. Estrada* - 06-373 SI - Stip to Continue Hearing