1    KEVIN V. RYAN (CASBN 118321)
     United States Attorney
2
     MARK L. KROTOSKI (CSBN 138549)
3    Chief, Criminal Division

4    ANDREW P. CAPUTO (CASBN 203655)
     Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102
         Telephone:  (415) 436-7004
7        Fax:  (415) 436-7234
         Email: andrew.caputo@usdoj.gov
8
     Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    No. CR 06-0375 SI (EDL)
                                        )
14            Plaintiff,                )    STIPULATION AND [PROPOSED]
                                        )    ORDER EXCLUDING TIME FROM
15        v.                            )    SPEEDY TRIAL ACT CALCULATION
                                        )    (18 U.S.C. § 3161(h)(8)(A))
16   JORGE ESTRADA,                     )
                                        )
17            Defendant.                )
                                        )
18   _____)

19        With the agreement of the parties, and with the consent of defendant Jorge Estrada, the

20   Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21   18 U.S.C. § 3161(c)(1), from October 27, 2006, to November 3, 2006.  The parties agree, and the

22   Court finds and holds, as follows:

23        1.  Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

24   the requested continuance would unreasonably deny defense counsel reasonable time necessary

25   for effective preparation, taking into account the exercise of due diligence, in this case.

26        2.  Given these circumstances, the Court found that the ends of justice served by

27   excluding the period from October 27, 2006, to November 3, 2006, outweigh the best interest of

28   the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, at the hearing on October 27, 2006, the Court ordered that the period from October 27, 2006, to November 3, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:


DATED: October 30, 2006          _____/s/_____
                                 ELIZABETH FALK
                                 Attorney for Defendant


DATED: October 27, 2006          _____/s/_____
                                 ANDREW P. CAPUTO
                                 Assistant United States Attorney


IT IS SO ORDERED.


DATED: _____            _____
                                 HONORABLE ELIZABETH LAPORTE
                                 United States Magistrate Judge

2