KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7004
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JORGE ESTRADA,<br><br>    Defendant. | No. CR 06-0375 SI<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING BRIEFING<br>SCHEDULE AND MOTION HEARING<br><br>Date: December 1, 2006<br>Time: 11:00 a.m. |

    The parties hereby stipulate as follows:

    1.    Defendant has filed a motion to suppress, which is currently scheduled for hearing on December 1, 2006, at 11:00 a.m.

    2.    The government's opposition to the motion is currently due on November 17.

    3.    Last Thursday, government counsel learned that one of the three federal agents present during the events at issue in the motion is currently in Thailand and will not return to work in the United States until November 20 or 21.

    4.    To enable government counsel to speak with this currently absent agent before preparing the government's opposition to the pending motion, the parties respectfully request that

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE
CR 06-0375 SI

1. the Court extend the briefing schedule and hearing date on the motion as follows:

    Government's Opposition to Motion:    December 1, 2006

    Defendant's Reply on Motion:    December 8, 2006

    Motion Hearing:    December 15, 2006, at 11:00 a.m., or at such other time convenient for the Court

5. Defendant is currently serving a 24-month sentence on a supervised-release violation in a related case. As defendant is in custody serving this sentence, he will not be prejudiced by a delay in these proceedings.

IT IS SO STIPULATED.

DATED: November 13, 2006    _____/s/_____
    ANDREW P. CAPUTO
    Assistant United States Attorney

DATED: November 13, 2006    _____/s/_____
    ELIZABETH M. FALK
    Assistant Federal Public Defender

## [PROPOSED] ORDER

For good cause shown, the briefing schedule and hearing on defendant's motion to suppress are hereby continued as stated in the parties' stipulation. The hearing on the motion will be held on  December 15, 2006 , at 11:00 a.m.

IT IS SO ORDERED.

DATED: _____    _____
    THE HONORABLE SUSAN ILLSTON
    UNITED STATED DISTRICT JUDGE