SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0375 SI |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| JORGE ESTRADA, ) | |
| Defendant. ) | |

    With the agreement of the parties, and with the consent of defendant Jorge Estrada, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 7, 2007, to October 15, 2007.  The parties agree, and the Court finds and holds, as follows:

    1. Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel. Defendant's counsel, Ms. Falk, has been in trial since mid-January.  Because of this trial, Ms. Falk cannot reasonably commence trial in the instant case on the scheduled trial date of May 7, 2007.  The parties have agreed to an alternative trial date of October 15, 2007.  Ms. Falk has established a strong relationship with defendant, and it would not be in defendant's interest to

seek alternative counsel in order to allow for an earlier trial date.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 7, 2007, to October 15, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, at the hearing on March 30, 2007, the Court ordered that the period from May 7, 2007, to October 15, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: April 30, 2007                  /s/
                                           ELIZABETH FALK
                                           Attorney for Defendant

DATED: April 4, 2007                    /s/
                                           ANDREW P. CAPUTO
                                           Assistant United States Attorney

    IT IS SO ORDERED.

DATED: _____               _____
                                           HONORABLE SUSAN Y. ILLSTON
                                           United States District Judge