IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00375 SI |
| Plaintiff, | **ORDER DENYING THE GOVERNMENT'S MOTION TO EXCLUDE DIMINISHED CAPACITY DEFENSE** |
| v. | |
| JORGE ESTRADA, | |
| Defendant. | |

On July 27, 2007, the Court heard argument on the government's motion to exclude plaintiff's diminished mental capacity defense at trial. Having considered the arguments of the parties and the papers submitted, and for the reasons stated on the record, the Court DENIES defendant's motion without prejudice to renewal at the time of trial. (Docket No. 46)

**IT IS SO ORDERED.**

Dated: July 30 , 2007

_____
SUSAN ILLSTON
United States District Judge