SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7004
 Fax: (415) 436-7234
 Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0375 SI |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| JORGE ESTRADA, ) | |
| Defendant. ) | |

 With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 8/28/07

                  Respectfully submitted,

                  SCOTT N. SCHOOLS
                  United States Attorney

                  BRIAN J. STRETCH
                  Chief, Criminal Division

NOTICE OF DISMISSAL
CR 06-0375 SI

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the indictment.

Date: _____

_____
SUSAN ILLSTON
United States District Judge